# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  PHYLLIS D. ROSS                                    Case Number: 08-70185
        1216 PRESTON STREET
        ROCKFORD, IL  61102                SSN-xxx-xx-1336

                                                    Case filed on:      1/24/2008
                                                    Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $875.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 814.63 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 814.63 | 0.00 |
| 003 | Z FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | G.C. SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | PHYLLIS D. ROSS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ALAN PERKINS/TRUSTEE OF ROBERT PERKINS T | 34,003.29 | 8,000.00 | 0.00 | 0.00 |
| 002 | WINNEBAGO COUNTY CLERK | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| 004 | WINNEBAGO COUNTY TREASURER | 700.00 | 700.00 | 0.00 | 0.00 |
|  | Total Secured | 35,703.29 | 9,700.00 | 0.00 | 0.00 |
| 008 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AAA COMMUNITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ADVANCE CASH EXPRESS | 500.00 | 500.00 | 0.00 | 0.00 |
| 011 | AMERICAN CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ASSET ACCEPTANCE CORP | 380.73 | 380.73 | 0.00 | 0.00 |
| 013 | BUREAU OF COLLECTION RECOVERY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COTTONWOOD FINANCIAL | 1,006.75 | 1,006.75 | 0.00 | 0.00 |
| 015 | CITIZENS FINANCE | 15,873.77 | 15,873.77 | 0.00 | 0.00 |
| 016 | COMED CO | 360.65 | 360.65 | 0.00 | 0.00 |
| 017 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ILLINOIS STUDENT ASSISTANCE COMM | 1,035.76 | 1,035.76 | 0.00 | 0.00 |
| 019 | TIME WARNER  CABLE | 220.62 | 220.62 | 0.00 | 0.00 |
| 020 | ILLINOIS DEPART. OF HUMAN SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | INTERNET GLOBAL SERVICES LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | PORTFOLIO RECOVERY ASSOCIATES | 579.73 | 579.73 | 0.00 | 0.00 |
| 024 | MUTUAL MANAGEMENT SERVICES | 205.00 | 205.00 | 0.00 | 0.00 |
| 025 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NICOR GAS | 757.18 | 757.18 | 0.00 | 0.00 |
| 027 | PROFESSIONAL CREDIT SERVICE INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | RJM ACQUISITIONS FUNDING LLC | 84.53 | 84.53 | 0.00 | 0.00 |
| 029 | ROCK RIVER WATER RECLAMATION | 1,133.00 | 1,133.00 | 0.00 | 0.00 |
| 030 | CHECK IT | 1,530.62 | 1,530.62 | 0.00 | 0.00 |
| 031 | ROCKFORD MERCANTILE AGENCY INC | 852.70 | 852.70 | 0.00 | 0.00 |
| 032 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | SECURITY FINANCE | 659.00 | 659.00 | 0.00 | 0.00 |
| 035 | STATE COLLECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | THE AFFILIATED GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | WINNEBAGO COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | ASSET ACCEPTANCE CORP | 193.44 | 193.44 | 0.00 | 0.00 |
| 039 | ILLINOIS STUDENT ASSISTANCE COMM | 1,275.13 | 1,275.13 | 0.00 | 0.00 |
| 040 | ACS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | ECHOSTAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | FALLS COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | ILLINOIS STUDENT ASSISTANCE COMM | 2,377.99 | 2,377.99 | 0.00 | 0.00 |
| 044 | ROCK RIVER WATER RECLAMATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | ROCK RIVER WATER RECLAMATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | VATIV RECOVERY SOLUTIONS LLC | 324.35 | 324.35 | 0.00 | 0.00 |
|  | Total Unsecured | 29,350.95 | 29,350.95 | 0.00 | 0.00 |
|  | Grand Total: | 67,054.24 | 41,050.95 | 814.63 | 0.00 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | |
|---|---|
| Total Paid Claimant: | $814.63 |
| Trustee Allowance: | $60.37 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/29/2008                    By  /s/Heather M. Fagan